**GORDONLAW LLP**

Michael R. Gordon
mgordon@gordonlawllp.com

September 12, 2025

**BY ECF**

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Berkemeier Living Center LLC v. Consigli Construction Co., Inc.* Docket No: 7:25-cv-00471-KMK

Dear Judge Karas:

We are attorneys for Plaintiff Berkemeier Living Center, LLC ("Berkemeier") and Counterclaim and Cross-Claim Defendants Berkemeier, David J. Gentner, Joseph M. Sessa, and The Wartburg Residential Community (collectively, the "Berkemeier Parties").

Earlier today, your Honor granted the request by Defendant/Counterclaim Plaintiff Consigli Construction Co. for an initial case management conference. I have an all-day deposition scheduled for that day that is subject to a final discovery cut-off order expiring September 30, 2025. *See The Board of Managers of the Hudson Tower Condominium v. Legacy Builders/Developers Corp., et al.*, New York County Index No. 161904/2019. I respectfully request that your Honor schedule the conference for another date. I would ask that the Court not schedule the conference for October 1-2, October 7-8, or October 12-15, as those dates are Jewish holidays that I observe and on which I do not work.

Respectfully yours,

Michael R. Gordon

Granted. The new conference date is 10/ 3 /25, at 12:00 via teleconference.
So Ordered.
9/12/25

cc: Counsel of Record (by ECF)

GORDONLAW LLP    51 Bedford Road, Suite 10, Katonah, NY 10536    D 914.232.9500
www.gordonlawllp.com                                              M 914.671.6873
                                                                  F 914.992.6634