# GORDONLAW LLP

Michael R. Gordon
mgordon@gordonlawllp.com

September 19, 2025

**BY ECF**

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Berkemeier Living Center LLC v. Consigli Construction Co., Inc.* Docket No: 7:25-cv-00471-KMK

Dear Judge Karas:

We are attorneys for Plaintiff Berkemeier Living Center, LLC and Counterclaim and Cross-Claim Defendants Berkemeier, David J. Gentner, Joseph M. Sessa, and The Wartburg Residential Community.

The purpose of this letter is to inform the Court that on September 16, 2025, counsel for Defendant D.D.S. Mechanical Plumbing and Heating Corp. sent an email to counsel for Defendant Consigli and me advising that he is on vacation out of the country with limited Wi-Fi and not returning until October 2, 2025. Mr. Catanzaro requested that the conference scheduled for October 3, 2025 be adjourned so that the parties can meet and confer and submit a proposed CMP Order in advance of the conference.

Counsel for Consigli advises that they are available to attend the October 3 conference, as am I. However, out of respect for Mr. Catanzaro's schedule, we are informing the Court of his scheduling issue. If the Court reschedules the conference, counsel for Cosigili advises that he will be out of town and unreachable October 8-13 and October 24-27. I will be unavailable October 7-8 and October 14-15 for religious observance.

Respectfully yours,

Michael R. Gordon

*Granted. The conference is adjourned to 10/23/25, at 10:00 via teleconference. So Ordered. 9/19/25*

cc: Counsel of Record (by ECF)

GORDONLAW LLP
www.gordonlawllp.com

51 Bedford Road, Suite 10, Katonah, NY 10536

D 914.232.9500
M 914.671.6873
F 914.992.6634