UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Berkemeier Living Center** ,

                                        Plaintiffs,

                    -against-

**Consigli Construction Co**.,

                                        Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 1/27/2026 __

**ORDER RE STATUS CONFERENCE**

*7:25 cv 471 KMK-VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **February 24, 2026  at 11:30 am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

        **SO ORDERED.**

DATED:        White Plains, New York
              January 27, 2026

                              _____
                              VICTORIA REZNIK
                              United States Magistrate Judge